IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILBERT ALEXIS MEJIA-DIAZ,<br><br>Defendant. | Case # 2:17-mj-482<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH OR ANY OTHER UNITED STATES MARSHAL, OR TO ANY AGENT OF THE FEDERAL OR STATE GOVERNMENT, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY DEFENDANT MAY BE HELD:

The Court orders that you bring defendant, WILBERT ALEXIS MEJIA-DIAZ, now being confined in the Washington County Jail, to the United States District Court for the District of Utah before Magistrate Judge Robert T. Braithwaite, on September 25, 2017, to appear upon charges pending in the above-entitled case and for final disposition at a later date. The Court further orders that you hold defendant at all times in your custody as an agent of the United States of America and, after the conclusion of the

1

proceedings and final disposition of the above-entitled case, you return defendant to the institution where defendant was confined and make a return upon this Writ.

Dated this 25th day of September, 2017

ROBERT T. BRAITHWAITE
United States Magistrate Judge